

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00776-CV

**IN RE STATE OF TEXAS**, ex. rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

## ORDER

On November 4, 2019, relator filed a petition for writ of mandamus complaining of the trial court's July 10, 2019 "Citation to Todd A. Durden to Appear and Show Authority, . . . and for Consideration of Sanctions, . . . and Order of Protection." Because we conclude a subsequent order issued by the trial court rendered the complaints raised in the petition moot, we dismiss relator's petition for writ of mandamus as moot.

It is so **ORDERED** on December 4, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 4845, 4863, 4866, styled *The State of Texas, ex. rel. Todd A. Durden, in His Official Capacity as County Attorney v. James T. "Tully" Shahan, in His Official Capacity as County Judge; et al.*, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.